IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE WIRELESS TELEPHONE RADIO<br>FREQUENCY EMISSIONS PRODUCTS<br>LIABILITY LITIGATION | *<br><br>*   MDL No. 1421 |
| THIS DOCUMENT RELATES TO:<br>*Pinney, et al. v. Nokia, et al., (D. Md.), CCB-01-1456;*<br>*Farina v. Nokia, et al., (E.D. Pa.), CCB-01-3261;*<br>*Gilliam, et al. v. Nokia, Inc., et al.,(S.D.N.Y), CCB-01-3260;*<br>*Gimpelson v. Nokia, Inc., et al., (N.D. Ga.), CCB-01-3899;* | *   Civil Action No. 01-MD-1421<br><br>*<br><br>* |

\* \* \* \* \*

## **ORDER**

It is HEREBY ORDERED, that in accordance with the Mandate issued by the United States Court of Appeals for the Fourth Circuit the following actions are remanded back to the state courts from which they originated:

J. DOUGLAS PINNEY, M.D., et al. v. NOKIA, Inc., et al., No. 24-C-01-001897, Circuit Court for Baltimore City;

FRANCIS J. FARINA, et al. v. NOKIA, Inc., et al., No. 0104-2527, Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania;

RIEDY GIMPELSON, et al. v. NOKIA, Inc., et al., No. 2001-CV-38932, Superior Court of Fulton County, State of Georgia; and

CRYSTALL GILLIAM, et al. v. NOKIA, Inc., et al., No. 01-CV-4275, Supreme Court of the State of New York, County of Bronx.

It is FURTHER ORDERED, that pursuant to 28 U.S.C. § 1447(c), the clerk of this Court shall mail a certified copy of this Order to the clerk of each of the above named state courts.

|    June 7, 2005    | _____/s/_____ |
|---|---|
| Date | CATHERINE C. BLAKE |

                United States District Judge

Case 1:01-cv-03261-CCB   Document 72   Filed 06/07/2005   Page 2 of 2