UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                    Reply to Northern Division Address

June 7, 2005

Prothontary's Office
 CertificationUnit 266 City Hall
Philadelphia, PA 19107    ATT: Joseph Mangini


**RE:**
   Civil Action No. CCB 01-3261
   Your Case No. 0104-2527

Dear Clerk

   On 6/7/05, the Honorable Catherine C. Blake signed an order remanding the above-entitled case to your Court. Enclosed is a certified copy of the order, together with a certified copy of the docket entries and entire file.

   Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter.

   Thank you for your cooperation in this matter.

                                        Sincerely,

                                        Felicia C. Cannon, Clerk


                              By:   _S. Franke_____

                                        Deputy Clerk

Enclosures
cc:   The Honorable Catherine C. Blake

      File

**ACKNOWLEDGED RECEIPT THIS**         DAY OF _____, 20__

U.S. District Court (Rev. 9/4/2001) - Remand Letter to Court

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov