UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                    Reply to Northern Division Address

June 7, 2005

Prothontary's Office
  CertificationUnit 296 City Hall
Philadelphia, PA 19107   ATT: Joseph Mangini

JUN 3 2005

RE:
    Civil Action No. CCB 01-3261
    Your Case No. 0104-2527

Dear Clerk:

On 6/7/05, the Honorable Catherine C. Blake signed an order remanding the above-entitled case to your Court. Enclosed is a certified copy of the order, together with a certified copy of the docket entries and entire file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter.

Thank you for your cooperation in this matter.

Sincerely,

Felicia C. Cannon, Clerk


By:   S. Franke

      Deputy Clerk

Enclosures
cc:    The Honorable Catherine C. Blake

       File

ACKNOWLEDGED RECEIPT THIS _9th_ DAY OF _June_, 20_05_.

U.S. District Court (Rev. 9/4/2001) - Remand Letter to Court

_Joseph C. Mangini_

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov